564

389 A.2d 190

Commonwealth v. Brubaker, Appellant.

Submitted December 6, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Record remanded to the court below for appellant to file post-verdict motions *nunc pro tunc.*

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 191

Commonwealth v. Cannon, Appellant.

Submitted September 12, 1977. Carl E. Watts, for appellant; Denis P. Cohen, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.